USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/15/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                            Plaintiff,

      - against -

JOEL FERMIN,

                          Defendant.
--------------------------------------------------------x

**RESCHEDULING NOTICE**

21 Cr. 87 (ER)

The initial conference previously scheduled for April 20, 2021 is rescheduled to **April 22, 2021 at 9:00 a.m.** Counsel and defendants are instructed to call **(877) 411-9748 and enter access code 3029857#** when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

Dated:  April 15, 2021
          New York, New York

                                                  s/ Jazmin Rivera
                                                  Jazmin Rivera, Courtroom Deputy