

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2021

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Joel Fermin*, 21 Cr. 87 (ER)

Dear Judge Ramos:

    The Government writes, with the consent of defense counsel, to request an approximately thirty-day adjournment of the next status conference, currently scheduled for June 8, 2021, and to exclude time between June 8, 2021, and the next status conference, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to continue to engage in discussions regarding a potential pretrial resolution. The Government respectfully submits that the ends of justice served by this exclusion of time would outweigh the interests of the public and the defendant in a speedy trial.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney
    Southern District of New York

    ____/s/_____
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315

---

The June 8 pretrial conference is adjourned to July 8, 2021, at 10:30 a.m. Speedy trial time is excluded from June 8, 2021, until July 8, 2021, in the interest of justice.
SO ORDERED

Edgardo Ramos, U.S.D.J
Dated: ___6/3/2021_____
New York, New York